UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| DAVID S. DEHORSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:13-CV-762-FL |
| | ) | |
| CATHERINE M. DEHORSE, | ) | |
| MICHAEL A. DEHORSE, | ) | |
| CATHERINE L. DEHORSE, and | ) | |
| CALLIE L. DEHORSE, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 4, 2013, and for the reasons set forth more specifically therein, that this matter has been improperly removed to this court and is remanded to the Cumberland County Superior Court.

**This Judgment Filed and Entered on November 4, 2013, and Copies To:**
David S. DeHorse (via U.S. Mail) PO Box 87123, Fayetteville, NC 28304
Linda Priest, Cumberland County Clerk of Superior Court (via U.S. Mail)
    PO Box 363, Fayetteville NC 28301

|  |  |
|---|---|
| November 4, 2013 | JULIE A. RICHARDS, CLERK |
| |  /s/ Christa N. Baker                |
| | (By) Christa N. Baker, Deputy Clerk |