IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

FILED
NOV 0 8 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

David S. DeHorse,
    Caveator,

Vs.

Catherine M. DeHorse, Michael A. DeHorse, Catherine L. DeHorse, Callie L. DeHorse,
    Propounder(s),

Guy Gustave Hardman II,
    An Unaligned Party,

The United States of America
    A Necessary Party.

Motion for Supersedeas

No. 5:13-CV-762

**Motion DENIED.**
This the 8th day of November, 2013.
/s/Louise W. Flanagan, U.S. District Judge

1   Caveator David S. DeHorse moves to stay enforcement
2   of the judgment entered in this matter on November 4,
3   2013, pending disposition of defendant's appeal to the
4   United States Court of Appeals for the 4th Circuit and
5   for that purpose to waive any bond required to be filed
6   by the Caveator on the basis of the federal questions
7   presented for determination, or alternatively to fix
8   the amount of the bond required to be filed by the
9   Caveator.

10 Dated this 8th Day of November, 2013

David S. DeHorse, J.D., LL.M.
Caveator, Pro Se
P.O. Box 87123
Fayetteville, N.C. 28304
(608) 345-3699
dsdehorse@gmx.com
WI Bar No. 1034992

## CERTIFICATE OF SERVICE

THIS certifies that I have, on the date indicated below, caused to be served the below named parties at their last known respective address with a NOTICE OF APPEAL and MOTION FOR SUPERSEDEAS by Hand Delivery or certified USPS mail with return receipt requested, as noted, or by depositing a copy of same in a properly addressed envelope with adequate postage thereon, in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure and Rule 25 of the Federal Rules of Appellate Procedure:

Yarborough, Winters & Neville, PA
J. Thomas Neville
115 East Russell Street
Fayetteville, N.C. 28301
[By USPS Certified Mail]

Michael A. DeHorse
2048 Mango Circle
Fayetteville, N.C. 28304

Guy Gustave Hardman II
2100 Villaret Drive, SW
Huntsville, AL 35803

Catherine L. DeHorse
4648 Kent Road
Andrews, S.C. 29510

Clerk of Superior Court
Estate Division
Attn: Beth Autry
117 Dick Street
P.O. Box 363
Fayetteville, N.C. 28302
[By USPS Certified Mail]

Catherine M. DeHorse
2516 Colgate Drive
Fayetteville, N.C. 28304

Callie DeHorse
2181 Dunlap, Apt. 5F
N.Charleston, S.C. 29406

Michelle Anderson
8 Argonne Street
Charleston, S.C. 29407

United States Attorney
Eastern District of N. C.
Attn: Thomas Walker
310 New Bern Avenue
Federal Building, Ste.800
Raleigh, N.C. 27601

Clerk of Court
Federal District Court
Eastern District of N. C.
310 New Bern Avenue
Raleigh, N.C. 27601
[Hand Delivery]

Signed this 8th Day of November, 2013.

David S. DeHorse, J.D., LL.M.
Caveator, Pro Se
P.O. Box 87123
Fayetteville, N.C. 28306
dsdehorse@gmx.com
(608) 345-3699