**Motion DENIED.**

This the 19 day of November, 2013.

/s/Louise W. Flanagan, U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

FILED
NOV 14 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| David S. DeHorse,<br>    Caveator,<br>Vs.<br><br>Catherine M. DeHorse, Michael A. DeHorse, Catherine L. DeHorse, Callie L. DeHorse,<br>    Propounder(s),<br><br>Guy Gustave Hardman II,<br>    An Unaligned Party,<br><br>The United States of America<br>    A Necessary Party. | Motion For Stay<br><br>No. 5:13-CV-762 |

1. Caveator David S. DeHorse hereby incorporates by
2. reference his MOTION FOR RECONSIDERATION filed with this
3. court on November 14, 2013, and moves the court to stay
4. enforcement of the Judgment and Order entered in this matter
5. on November 4, 2013, retroactive to the same date, pending
6. disposition of defendant's appeal to the United States Court
7. of Appeals for the 4th Circuit, and for that purpose to waive
8. any bond required to be filed by the Caveator, or
9. alternatively to fix the amount of the bond required to be
10. filed by the Caveator.
11. Dated this 14th Day of November, 2013.

David S. DeHorse, J.D., LL.M.
Caveator, Pro Se
P.O. Box 87123
Fayetteville, N.C. 28304
(608) 345-3699
dsdehorse@gmx.com
WI Bar No. 1034992

Case 5:13-cv-00762-FL   Document 20   Filed 11/19/13   Page 1 of 1