**Motion DENIED.**

This the ²⁰ᵗʰ day of ᴺᵒᵛᵉᵐᵇᵉʳ, 20¹³.

/s/Louise W. Flanagan, U.S. District Judge

**FILED**

NOV 1 8 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____
DEP.CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| David S. DeHorse, )<br>        Caveator, )<br>Vs. )<br>    )<br>Catherine M. DeHorse, Michael )<br>A. DeHorse, Catherine L. )<br>DeHorse, Callie L. DeHorse, )<br>        Propounder(s), )<br>    )<br>Guy Gustave Hardman II, )<br>    An Unaligned Party, )<br>    )<br>The United States of America )<br>    A Necessary Party. ) | Motion For Stay<br>(AMENDED)<br>No. 5:13-CV-762 |

1   Caveator David S. DeHorse hereby amends his MOTION FOR

2   STAY filed with this court on November 14, 2013, and moves

3   the court to stay enforcement of the Judgment and Order

4   entered in this matter on November 4, 2013, retroactive to

5   the same date, pending disposition of Caveator's appeal to

6   the United States Court of Appeals for the Fourth Circuit.

7                   I. Procedural History

8   1.  On October 30, 2013, Caveator filed a Notice of Removal

9       with the federal District Court of the Eastern District

10      of North Carolina.

11  2.  On October 31, 2013, Caveator filed Notice of Removal II.

12  3.  On November 1, 2013, Caveator filed certificates of

13      service for the foregoing Notices of Removal.

14  4.  On November 4, 2013, the federal District Court, Judge